# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128677

MELISSA MIDDLETON, SHEILA B. MEIER,
JOAN E. DUNCAN, and ANN ZAENGLEIN,
      Plaintiffs-Appellees,

v

COUNTY OF MARQUETTE,
      Defendant-Appellant,

and

MCCABE'S QUALITY CARPET & LINOLEUM,
INC., INTERPHASE OFFICE INTERIORS, INC.,
and HAWORTH, INC.,
      Defendants.
_____/

SC: 128677
COA: 251855
Marquette CC: 02-039972-NO

On order of the Court, the application for leave to appeal the April 19, 2005 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

d1221